KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 9/20/06*

| | |
|---|---|
| PIYUSH SHAH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 06-4583-RMW<br><br>**STIPULATION TO DISMISS ACTION; AND ORDER** |

    Plaintiff, proceeding pro se, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the petitioner's I-485 application for adjustment of status has been adjudicated.

    Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS; AND ORDER
C 06-4583-RMW                                    1

Date: September 7, 2006                           Respectfully submitted,

                                                      KEVIN V. RYAN
                                                    United States Attorney

                                                          /s/
                                                     EDWARD A. OLSEN[1]
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants

Date: September 7, 2006                                    /s/
                                                    PIYUSH SHAH
                                                    *Pro Se*

## ORDER

    Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/20/06                                    /S/ RONALD M. WHYTE
                                                    RONALD M. WHYTE
                                                    United States District Judge

---

[1] I, Edward A. Olsen, attest that both Piyush Shah and I have signed this stipulation to dismiss.

STIPULATION TO DISMISS; AND ORDER
C 06-4583-RMW                                                                 2